**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) CHAPTER 13 PROCEEDINGS |
| Barbara Fredrichs | ) CASE NO. 19-05869 |
| | ) JUDGE, Cox |
| DEBTOR(S) | ) TRUSTEE, Vaughn |

**NOTICE OF MOTION**

TO: Tom Vaughn Trustee, 55 E Monroe Suite 3850 Chicago, IL 60603
    See Attached List

    PLEASE TAKE NOTICE THAT ON  4-01-19  at  9:00 am  I shall appear before the Honorable Judge Cox  or any judge sitting in his or her place and stead, in courtroom  680  at 219 S. Dearborn Chicago, IL 60604 and shall then and there present the attached Motion.

**CERTIFICATION**

    I, the undersigned Attorney, certify that I served a copy of this notice and attached motion referred to herein by mailing a copy to each person to whom it is directed at the addresses indicated above and on any additional attached list of creditors, by depositing the same in the U.S. Mail depository at Lombard and Madison Avenue in Oak Park, Illinois on         3-19     ,  2019    , with proper postage prepaid before 7:00 p.m.

                                                                                       By  /s/ Bennie W. Fernandez

Fernandez & Gray
Attorneys For Debtor(s),
108 W. Madison Street
(708) 386-1812

```
Label Matrix for local noticing          Ocwen Loan Servicing, LLC as servicer for We    PRA Receivables Management, LLC
0752-1                                    c/o Codilis & Associates, P.C.                 PO Box 41021
Case 19-05869                             15W030 North Frontage Road,                    Norfolk, VA 23541-1021
Northern District of Illinois             Suite 100
Eastern Division                          Burr Ridge, IL 60527-6921
Tue Mar 19 17:20:35 CDT 2019

U.S. Bankruptcy Court                     (p)QCHI                                        AARP Insurance
Eastern Division                          PO BOX 14948                                   P.O. Box 5025
219 S Dearborn                            LENEXA KS 66285-4948                           Hartford, CT 06102-5025
7th Floor
Chicago, IL 60604-1702

AT&T                                      American General Financial/Springleaf Fi       (p)BANK OF AMERICA
One AT&T Way Room 3A 104                  Springleaf Financial/Attn: Bankruptcy De       PO BOX 982238
Bedminster, NJ 07921-2694                 Po Box 3251                                    EL PASO TX 79998-2238
                                          Evansville, IN 47731-3251

Capital One                               Codilis Assoc.                                 Com Ed
Attn: Bankruptcy                          15 W 030 N Frontage                            P.O. Box 6111
Po Box 30285                              Suite 100                                      Carol Stream, IL 60197-6111
Salt Lake City, UT 84130-0285             Burr Ridge, IL 60527

Continental Finance Co                    Fingerhut                                      Nicor Gas
Po Box 8099                               Attn: Bankruptcy                               P.O. Box 190
Newark, DE 19714-8099                     Po Box 1250                                    Aurora, IL 60507-0190
                                          Saint Cloud, MN 56395-1250

Ocwen Loan Servicing                      OneMain Financial                              PLS Financial Solutions
12650 Ingenuity Drive                     Attn: Bankruptcy                               6322 W 95th Street
Orlando, FL 32826-2703                    601 Nw 2nd Street                              Oak Lawn, IL 60453-2202
                                          Evansville, IN 47708-1013

Palos Anesthesia                          Real Time Resolutions                          Synchrony Bank
140 Renaissance Dr                        Attn: Bankruptcy                               c/o PRA Receivables Management, LLC
Park Ridge, IL 60068                      Po Box 36655                                   PO Box 41021
                                          Dallas, TX 75235-1655                          Norfolk, VA 23541-1021

Synchrony Bank/ JC Penneys                Synchrony Bank/Walmart                         Synchrony Bank/Walmart
Po Box 965007                             Attn:  Bankruptcy                              Po Box 965024
Orlando, FL 32896-5007                    Po Box 965060                                  Orlando, FL 32896-5024
                                          Orlando, FL 32896-5060

(p)WELLS FARGO BANK NA                    Barbara Fredrichs                              Bennie W Fernandez
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING  11134 S Worth Ave                          Fernandez & Gray
ATTN BANKRUPTCY DEPT MAC X7801-014         Worth, IL 60482-1819                          108 W Madison St
3476 STATEVIEW BLVD                                                                      Oak Park, IL 60302-4251
FORT MILL SC 29715-7203

Patrick S Layng                           Tom Vaughn
Office of the U.S. Trustee, Region 11     55 E. Monroe Street, Suite 3850
219 S Dearborn St                         Chicago, IL 60603-5764
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 1st Loans Financial<br>1205 E Sibley Blvd<br>Dolton, IL | Bank of America<br>Attn: Bankruptcy<br>P.O. Box 982238<br>El Paso, TX 79998 | Wells Fargo HM Mortgage<br>Attn:  Bnkty Dept.<br>8480 Stagecoach Circle<br>Frederick, MD 21701 |

**End of Label Matrix**
**Mailable recipients**    28
**Bypassed recipients**     0
**Total**                  28

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS- EASTERN DIVISION

In Re:

    Barbara Fredrichs                                    ) Case: 19-05869
                                                   )
                                                   ) Judge: Cox
                                                   )
  Debtor,                                          ) Trustee: Vaughn
                                                   )

## Motion to Extend Stay Pursuant to Section 362 (c) (3)

    NOW COMES Barbara Fredrichs, Debtors, by and through Bennie W. Fernandez, her attorney, as and for her Motion to Extend Automatic Stay pursuant to Section 362 (c) (3) and states as follows:

1. That Debtor filed this petition for relief pursuant to Chapter 13 Title 11 U.S.C. On March 5, 2019.

2. That prior to the filing the instant case Debtor filed bankruptcy case 18-16424 pursuant to Chapter 7 Title 11 U.S,C, on June 8, 2018.

3. That case 18-16424 was dismissed on March 4, 2019.

4. The Debtor paid $4,100.00 in case 18-16424 prior to the dismissal.

5. The Debtor defaulted on case 18-16424 because she had to repair her roof at her residence that cost over $900.00. The Debtor also had to spend over $1,100.00 to repair her auto.

6. The Debtor also had to contribute to her daughter for thyroid surgery and assist her sister in her medical expenses regarding a cancerous gland costing her over $1,200.00.

7. That since the dismissal, Debtor has had a positive change in circumstances, which evidences Debtor's good faith in the instant case.

8. The issues regarding the family medical problems are resolved.

9. The car repair and residence repair are now resolved.

10. That current income reflected on schedule I shows that the debtor has enough income to successfully complete the case herein.

11. That the Debtor's request that this court enter an order extending the automatic stay to all creditors listed in the petition.

WHEREFORE, Debtors respectfully prays that this court will enter an order extending the automatic stay to each creditor.

                                                Respectfully submitted,

                                                _/s/ Bennie W. Fernandez_____
                                                Bennie W. Fernandez
                                                Attorney for Debtor

Fernandez & Gray
108 W. Madison Street
Oak Park, Illinois 60302
(708) 386-1812